THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _CJvR 5.4_
(Rule Number/Section)

DANIEL DAVITT #3637566
℅ PINAL COUNTY SHERRIFF A.D.C.
PO BOX 2610
FLORENCE, AZ. 85132

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

NOV 13 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN the UNITED STATES DISTRICT COURT
FOR the DISTRICT OF ARIZONA

| DANIEL DAVITT | Case # 2:19-CV-05037-SRB-JZB |
| PLAINTIFF | |
| Vs | MOTION TO DISMISS ACTION |
| OFFICER LEE, ET-AL | BY PLAINTIFF |
| DEFENDANTS | |

COMES NOW BEFORE THE COURT, DANIEL DAVITT, PLAINTIFF, AND PURSUANT TO RULE 41(a),(1),(A),(i) OF FEDERAL RULES OF PROCEDURE IS ASKING THE COURT TO DISMISS THIS ACTION.

SIGNED THIS 11TH DAY OF NOVEMBER 2019

_Daniel Davitt_
DANIEL DAVITT